IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CR-30114-MJR-1 |
| | ) |
| FONTEZ LAMONT COMBS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On April 5, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Fontez Lamont Combs entered a plea of guilty to Count I of the Indictment. Magistrate Judge Williams filed a Report & Recommendation (Doc. 95) that recommended that the undersigned accept the guilty plea and notified the parties that any objections to his Report and Recommendation were due on or before April 23, 2018.

That deadline has come and gone with no objection from either party. Accordingly the Court **ADOPTS** in its entirety the Report & Recommendation, **ACCEPTS** Defendant Combs' guilty plea, and **ADJUDGES** him guilty of the offense set forth therein. The Court **DIRECTS** that a presentence investigation report be prepared

by the United States Probation Office, and **CONFIRMS** that sentencing remains set for July 26, 2018, at 10:00 a.m. In light of the guilty plea, Defendant's motion for disclosure (Doc. 69) and motion to suppress (Docs. 70, 71) are **DENIED as MOOT**.

    **IT IS SO ORDERED**.

    DATED: April 26, 2018

<u>*s/ Michael J. Reagan*</u><br>
MICHAEL J. REAGAN<br>
**Chief Judge**<br>
**United States District Court**